# Hurd *v.* City of Troy.

### *Habeas Corpus.*

(Decided Feb. 9, 1911.   54 South. 495.)

*Appeal and Error; Transcript; Certificate of Appeal.*—Where a transcript contains no certificate of appeal as is required by section 6245, Code 1907, and the paper purporting to be the bill of exceptions shows no exceptions reserved to any rulings made in the premises, the petitioner was not shown to be connected with the presence of the transcript in the appellate court and the cause will be stricken from the docket.

APPEAL from Pike Probate Court.

Heard before Hon. ALEX C. EDMONSON.

Habeas corpus by Willie, alias, Gay Hurd, addressed to the City of Troy.   From a judgment denying the prayer of the petition an attempted appeal is taken. Cause stricken from the docket.

D. A. BAKER, for appellant.   Counsel discuss matters supposed to be shown by the appeal with citation of authority, but does not discuss any of the questions decided.

FOSTER, SAMFORD & CARROLL, for appellee.   The purported bill of exceptions contains no reservation of exceptions to any action of the trial court in the premises, and there is no certificate of appeal, and hence, the presence of the petitioner in connection with this appeal here is not shown and the appeal should be stricken.—*Ex parte Rutledge,* 118 Ala. 651.

SAYRE, J.—The transcript contains copies of the appellant's petition for a writ of habeas corpus, the writ, the return, and a history of what occurred upon

a hearing of the writ set forth in a paper which states that it was presented to and signed by the judge as a bill of exceptions, though it shows no exception reserved to any ruling made in the premises. It contains no certificate of appeal, as the statute (Code 1907, § 6245) requires. It fails, therefore, to connect the petitioner with the presence in this court of the transcript.—*Ex parte Rutledge*, 118 Ala. 651, 24 South. 1004.

The cause is therefore stricken from the docket.

DOWDELL, C. J., and ANDERSON and SOMERVILLE, JJ., concur.